# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELAINE MARJORIE DAMBRA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JAMES
CROCKETT, DISTRICT JUDGE,
Respondents,
and
PABLO ROMERO; AND BLANCA
MARGARITA ROMERO,
Real Parties in Interest.

No. 75113



FILED

MAR 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order striking trial testimony from petitioner's designated expert witness. Having considered the petition and supporting documents, we conclude that our extraordinary and discretionary intervention is not warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, this matter does not fit within any exception to the general policy against considering writ petitions challenging discovery decisions, *see Club Vista Fin. Servs., LLC v. Eighth Judicial Dist. Court*, 128 Nev. 224, 228, 276 P.3d 246, 249 (2012),

and we are not persuaded that an appeal from a final judgment is an inadequate legal remedy, *see Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James Crockett, District Judge
Messner Reeves LLP
Ladah Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A